**CT Corporation**

**Service of Process Transmittal**
12/19/2018
CT Log Number 534605159

**TO:** Maria Bustamante, Paralegal-Litigation
United Airlines, Inc.
609 Main Street, 18th Floor
Houston, TX 77002

**RE:** **Process Served in Mississippi**

**FOR:** United Airlines, Inc. (Domestic State: DE)

---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JAMIL PLANCK MARTIN, PLTF. vs. UNITED AIRLINES, INC., DFT. |
| **DOCUMENT(S) SERVED:** | SUMMONS, PROOF, NOTICE, PETITION, EXHIBIT(S) |
| **COURT/AGENCY:** | Hinds County Circuit Court, MS<br>Case # 25CI118CV00666JAW |
| **NATURE OF ACTION:** | Petition for breach the contract |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Flowood, MS |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/19/2018 postmarked on 12/17/2018 |
| **JURISDICTION SERVED :** | Mississippi |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from the date of delivery of this summons and petition |
| **ATTORNEY(S) / SENDER(S):** | F. Gerald Maples<br>F. GERALD MAPLES, P.A.<br>2600 Carstey Road<br>Jackson, MS 39209<br>228-263-9100 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/20/2018, Expected Purge Date: 12/25/2018 |
| | Image SOP |
| | Email Notification, Tom Campuzano thomas.d.campuzano@united.com |
| | Email Notification, Maria Bustamante maria.bustamante@united.com |
| | Email Notification, Paula Hernandez paula.hernandez01@united.com |
| | Email Notification, JAVARIA NEAGLE javaria.neagle@united.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>645 Lakeland East Drive<br>Suite 101<br>Flowood, MS 39232 |
| **TELEPHONE:** | 214-932-3601 |

Page 1 of 1 / AV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**EXHIBIT**
**B**

39232-

UNITED STATES
POSTAL SERVICE

1000

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7015 1520 0003 0453 3218

F. Gerald Maples, P.A.
Post Office Box 55760
Metairie, LA 70055-5760

CT Corporation System
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

## IN THE HINDS COUNTY CIRCUIT COURT

### HINDS COUNTY, MISSISSIPPI

**JAMIE PLANCK MARTIN,**
              **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO. 25CI1:18-cv-00666-JAW**

**UNITED AIRLINES, INC.,**
              **DEFENDANT**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:    **United Airlines, Inc.**
       **Through its registered Agent**
       **CT Corporation System**
       **645 Lakeland East Drive**
       **Suite 101**
       **Flowood, MS 39232**

### NOTICE TO DEFENDANT(S)

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the petition to F. Gerald Maples, the attorney for the Plaintiff, whose address is F. Gerald Maples, P.A., Post Office Box 55760, Metairie, Louisiana 70055-5760. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and petition or a judgment by default will be entered against you for the money or other things demanded in the petition.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 12 day of December 2018.

(SEAL)

_____
Hinds County Circuit Clerk
Hinds County, Mississippi
ZACK WALLACE, CIRCUIT CLERK

## PROOF OF SERVICE - SUMMONS
### (PROCESS SERVER)

**Mark Calvert**

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

**( X )    FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.**  By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender.

**(  )    PERSONAL SERVICE.**  I personally delivered copies to _____ on the _____ day of _____ 2017, where I found said person(s) in _____ County of the State of Washington.

**(  )    RESIDENCE SERVICE.**  After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, Washington.  I served the summons and complaint on the _____ day of _____ 2017, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the ____ day of _____ 2017, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

**(  )    CERTIFIED MAIL SERVICE.**  By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

At the time of service, I was at least 18 years of age and not a party to this action.

Fee for Service:  $_____

Process server must list below:
Name                          _____
Social Security No.           _____
Address                       _____
                              _____
Telephone No.                 _____

STATE OF MISSISSIPPI
COUNTY OF _____

Personally appeared before me the undersigned authority in and for the State and County aforesaid, the within named _____ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER (signature)

SWORN TO AND SUBSCRIBED before me this the _____ day of _____ 2018.

_____
NOTARY PUBLIC

My Commission Expires:

_____

(SEAL)

## IN THE HINDS COUNTY CIRCUIT COURT

## HINDS COUNTY, MISSISSIPPI

**JAMIE PLANCK MARTIN,**
**PLAINTIFF**


**VERSUS**                    **CIVIL ACTION NO. 25CI1:18-cv-00666-JAW**


**UNITED AIRLINES, INC.,**
                    **DEFENDANT**


### NOTICE

TO:    United Airlines, Inc.
       c/o Registered Agent
       CT Corporation System
       645 Lakeland East Drive
       Suite 101
       Flowood, Mississippi 39232

        The enclosed summons and complaint are served pursuant to Rule 4(c)(3) of the Mississippi Rules of Civil Procedure.

        You must sign and date the acknowledgment at the bottom of this page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

        If you do not complete and return the form to the sender within 20 days of the date of mailing shown below, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint.

        If you do complete and return this form, you (or the party on whose behalf you are being served) must respond to the complaint within 30 days of the date of your signature. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

1

I declare that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on December ____, 2018.

_____
CT Corporation System

**THIS ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT MUST BE COMPLETED.**

I acknowledge that I have received a copy of the summons and of the complaint in the above-captioned matter in the State of _____.

_____
(Signature)

_____
Relationship to Entity/Authority
To Receive Service of Process

_____
Date of Signature

STATE OF MISSISSIPPI

COUNTY OF HINDS

Personally appeared before me, the undersigned authority in and for the State and County aforesaid, the above named, _____, who solemnly and truly declared and affirmed before me that the matters and facts set forth in the foregoing Acknowledgment of Receipt of Summons and Complaint are true and correct as therein stated.

Affirmed and subscribed before me this _____ day of _____, 2018.

_____
Notary Public

My Commission Expires:

_____

2