UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JAMIE PLANCK MARTIN                                              PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:19-CV-46-DPJ-FKB

UNITED AIRLINES, INC.                                            DEFENDANTS

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)**

Comes now the Plaintiff and gives notice of dismissal of this cause of action pursuant to Federal Rules of Civil Procedure 41(a)(1)(A) and would show unto the Court that Defendant has not filed an answer nor a Motion for Summary Judgment. Therefore, this action is dismissed by notice pursuant to the above stated rule of civil procedure.

Respectfully submitted,

F. GERALD MAPLES, P.A.

/s/ F. Gerald Maples

_____
F. Gerald Maples (MS Bar #1860)
Post Office Box 55760
Metairie, LA 70055-5760
Telephone: 504-569-8732
Email: gmaples@fgmapleslaw.com

## CERTIFICATE OF SERVICE

I, F. GERALD MAPLES, do hereby certify that I have this 18th day of January 2019 filed the foregoing with the ECF system and sent via electronic mail a true and correct copy of the foregoing to the following:

John T. Rouse, Esq.
McGlinchey Stafford, PLLC
1020 Highland Colony Parkway
Suite 702
Ridgeland, MS 39157

                                                  s/ F. Gerald Maples
                                                  _____
                                                  F. GERALD MAPLES (#1860)